01
02
03
04
05
06
07
08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

09  UNITED STATES OF AMERICA,                    )
                                                 )
10                     Plaintiff,                )
                                                 )   Case No. 05-474M
11          v.                                   )   (CR-04-0271 M.D. PA)
                                                 )
12  SHAUN KELLY JORDAN,                          )
                                                 )   DETENTION ORDER
13                     Defendant.                )
    _____ )
14

15  Offense charged:

16          Pretrial Release Violation and Bail Violation for the use of methamphetamine and

17  marijuana while awaiting sentencing for Count 1 of a Second Superseding Indictment, charging

18  Conspiracy to Distribute and Possess with Intent to Distribute in Excess of Five Kilograms of

19  Cocaine, in violation of 21 U.S.C. § 846.

20  Date of Detention Hearing:     10/04/2005

21          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

22  based upon the factual findings and statement of reasons for detention hereafter set forth finds

23  the following:

24          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

25          Defendant has stipulated to detention reserving the right to have the Court for the Middle

26  District of Pennsylvania make a final determination regarding release or further detention.

01    IT IS THEREFORE ORDERED:

02    (1)    Defendant shall be detained pending trial and committed to the custody of the

03           Attorney General for confinement in a correction facility separate, to the extent

04           practicable, from persons awaiting or serving sentences or being held in custody

05           pending appeal;

06    (2)    Defendant shall be afforded reasonable opportunity for private consultation with

07           counsel;

08    (3)    On order of a court of the United States or on request of an attorney for the

09           government, the person in charge of the corrections facility in which defendant

10           is confined shall deliver the defendant to a United States Marshal for the purpose

11           of an appearance in connection with a court proceeding; and

12    (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

13           counsel for the defendant, to the United States Marshal, and to the United States

14           Pretrial Services Officer.

15

16           DATED this 5th day of October, 2005.

17

18           JAMES P. DONOHUE
             United States Magistrate Judge

19

20

21

22

23

24

25

26

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                          Rev. 1/91
PAGE 2